**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:  Case No. _____

**VAZQUEZ CRESPO, THAIS L.** _____  Chapter **13** _____
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

---

PLAN DATED: **12/06/2013** _____   ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION            Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ __**125.00**__ x __**60**__ = $ __**7,500.00**__
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ __**7,500.00**__

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ __**7,500.00**__

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ __**2,506.00**__

Signed: __/s/ THAIS L. VAZQUEZ CRESPO__
         Debtor

_____
         Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **BANCO POPULAR D**   Cr. _____   Cr. _____
# **7101001911xxxx**       # _____     # _____
$ **450.00**               $ _____     $ _____

2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____   Cr. _____   Cr. _____
# _____     # _____     # _____
$ _____     $ _____     $ _____

3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____   Cr. _____   Cr. _____
# _____     # _____     # _____
$ _____     $ _____     $ _____

4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
   **COOP. MOROVENA**   **COOP. MOROVENA**

5. ☐ Other: _____

6. ☑ Debtor otherwise maintains regular payments directly to:
   **BANCO POPULAR D**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)

D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
              ☐ Paid 100% / ☐ Other: _____
Cr. _____   Cr. _____   Cr. _____
# _____     # _____     # _____
$ _____     $ _____     $ _____

2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**1) TRUSTEE WILL PAY ATTORNEY FEES BEFORE ANY SECURED CLAIMS.**

**2) DEBTOR RECEIVES INCOME THAT IS NOT TAXABLE, I.E. PENSION AND FAMILY HELP THUS NO TAX REFUND LANGUAGE.**

---

Attorney for Debtor **Thomas & Associates** _____   Phone: **(787) 250-5075**

CHAPTER 13 PAYMENT PLAN

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only